1  John R. Manning
   Attorney at Law
2  Ca. St. Bar No. 220874
   1111 H Street, Suite 204
3  Sacramento, CA  95814
   Telephone:  (916) 444-3994
4
   Attorney for Defendant
5  David Robbie Forkner

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )   CR NO. S-08-363 GEB
                                )
11         Plaintiff,            )   STIPULATION AND
                                )   [PROPOSED] ORDER CONTINUING
12     v.                        )   STATUS CONFERENCE
                                )
13 David Forkner and             )
   Loretta Canham,               )   Date:   January 20, 2012
14                               )   Time:   9:00 a.m.
                                )   Judge:  Hon. Garland E.
15         Defendants.           )           Burrell, Jr.
   _____)
16

17      IT IS HEREBY stipulated between the United States of America
through its undersigned counsel, Michael M. Beckwith, Assistant
18
United States Attorney, together with counsel for defendant David
19
Forkner, John R. Manning Esq., and counsel for defendant Loretta
20
Leigh Canham, Dennis S. Waks Esq., that the status conference
21
currently set for November 4, 2011, be continued to January 20,
22
2012, and stipulate that the time beginning November 3, 2011,
23
and extending through January 20, 2012, should be excluded from
24
the calculation of time under the Speedy Trial Act.  The parties
25
request to exclude time for defense preparation. This matter
26
involves a wire intercept on several telephones and related pen
27
registers, as well as over 3000 pages of discovery.
28

                                1

1  The parties stipulate and agree that the interests of
2  justice served by granting this continuance outweigh the best
3  interests of the public and the defendants in a speedy trial. 18
4  USC § 3161(h)(7)(B)(iv) and (Local T-4).
5  IT IS SO STIPULATED.

7  Date: November 2, 2011        /s/ John R. Manning
                                 JOHN R. MANNING
8                                Attorney for Defendant
                                 David Robbie Forkner

10 Dated: November 2, 2011       /s/ John R. Manning for
                                 DENNIS S. WAKS
11                               Attorney for Defendant
                                 Loretta Leigh Canham

13
   Dated: November 3, 2011       Benjamin B. Wagner
14                               United States Attorney

                              by: /s/ John R. Manning for
16                                MICHAEL M. BECKWITH
                                  Assistant U.S. Attorney

```
 1
 2                IN THE UNITED STATES DISTRICT COURT
 3
                FOR THE EASTERN DISTRICT OF CALIFORNIA
 4
 5
   UNITED STATES OF AMERICA,       ) Case No.  CR.S 08-363 GEB
 6                                  )
                     Plaintiff,     )
 7                                  )
        v.                          ) [PROPOSED] ORDER TO
 8                                  ) CONTINUE STATUS CONFERENCE
   David Forkner and                )
 9 Loretta Canham,                  )
                                    )
10                                  )
                     Defendants.    )
11 _____  )
12
13     Based on the stipulation of the parties and good cause
14 appearing therefrom, the Court hereby finds that the failure to
15 grant a continuance in this case would deny defense counsel
16 reasonable time necessary for effective preparation, taking into
17 account the exercise of due diligence.  The Court specifically
18 finds that the ends of justice served by the granting of such
19 continuance outweigh the interests of the public and the defendant
20 in a speedy trial.  Based on these findings and pursuant to the
21 stipulation of the parties, the Court hereby adopts the
22 stipulation of the parties in its entirety as its order.  Time is
23 excluded from computation of time within which the trial of this
24 matter must be commenced beginning from the date of the
25 stipulation, November 3, 2011, through and including January 20,
26 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)
27 [reasonable time for defense counsel to prepare] and Local Code
28 / / /
```

3

T4.  It is further ordered that the November 4, 2011 status conference shall be continued until January 20, 2012, at 9:00a.m.

IT IS SO ORDERED.

Dated:   November 3, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge