```
1   DANIEL BRODERICK, Bar # 89424
    Federal Defender
2   DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    LORETTA LEIGH CANHAM
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr.S. 08-363-GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED ORDER] |
| | |
| LORETTA LEIGH CANHAM, | Date: March 2, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, MICHAEL M. BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and DENNIS S. WAKS, Supervising Assistant Federal Defender, attorney for defendant, LORETTA LEIGH CANHAM, that the current Status Conference date of January 20, 2012 be vacated and reset for March 2, 2012 at 9:00 a.m.

Defense counsel needs additional time to prepare, to review the discovery, and to interview witnesses.

It is further stipulated and agreed to between the parties that the time from the date of the signing of this order to and including March 2, 2012 should be excluded within which the trial of the above

criminal prosecution must commence for purposes of the Speedy Trial Act. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, §3161(h)(7)(B)(iv)(Local Code T4).

Dated: January 17, 2012                Respectfully submitted,

                                       DANIEL BRODERICK
                                       Federal Defender


                                        /s/ Dennis S. Waks
                                       DENNIS S. WAKS
                                       Supervising Assistant Federal
                                       Defender
                                       Attorney for Defendant
                                       LORETTA LEIGH CANHAM


                                       BENJAMIN B. WAGNER
                                       United States Attorney


Dated: January 17, 2012                /s/ Dennis S. Waks for
                                       MICHAEL M. BECKWITH
                                       Assistant U.S. Attorney


**O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the court specifically finds that the ends of justice served by granting of such a continuance outweigh the best interest of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through March 2, 2012.

Dated: January 17, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

2