John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA 95814
Telephone: (916) 444-3994

Attorney for Defendant
David Robbie Forkner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. S-08-363 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER CONTINUING |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| David Forkner, | ) | |
| | ) | Date: January 27, 2012 |
| | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Garland E. |
| Defendants. | ) | Burrell, Jr. |
| _____ | ) | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant David Forkner, John R. Manning Esq., that the status conference currently set for January 20, 2012, be continued to January 27, 2012, at which time the defendant anticipates entering a change of plea. The parties also stipulate that the time beginning January 18, 2012, and extending through January 27, 2012, should be excluded from the calculation of time under the Speedy Trial Act. The parties request to exclude time for defense preparation. The defense requests more time to review and discuss the proposed plea agreement.

1

| | |
|---|---|
| 1 | The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 USC § 3161(h)(7)(B)(iv) and (Local T-4). |

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 USC § 3161(h)(7)(B)(iv) and (Local T-4).

IT IS SO STIPULATED.

Date: January 18, 20102          /s/ John R. Manning
                                 JOHN R. MANNING
                                 Attorney for Defendant
                                 David Robbie Forkner


Dated: January 18, 2012          Benjamin B. Wagner
                                 United States Attorney

                             by: /s/ Michael M. Beckwith
                                 MICHAEL M. BECKWITH
                                 Assistant U.S. Attorney

```
1                    IN THE UNITED STATES DISTRICT COURT
2                   FOR THE EASTERN DISTRICT OF CALIFORNIA
3
4  UNITED STATES OF AMERICA,      ) Case No.  CR.S 08-363 GEB
                                  )
5                Plaintiff,       )
                                  )
6      v.                         ) ORDER TO CONTINUE
                                  ) STATUS CONFERENCE
7  David Forkner,                 )
                                  )
8                                 )
                                  )
9                Defendants.      )
   _____)
10
11
12      Based on the stipulation of the parties and good cause
13 appearing therefrom, the Court hereby finds that the failure to
14 grant a continuance in this case would deny defense counsel
15 reasonable time necessary for effective preparation, taking into
16 account the exercise of due diligence.  The Court specifically
17 finds that the ends of justice served by the granting of such
18 continuance outweigh the interests of the public and the defendant
19 in a speedy trial.  Based on these findings and pursuant to the
20 stipulation of the parties, the Court hereby adopts the
21 stipulation of the parties in its entirety as its order.  Time is
22 excluded from computation of time within which the trial of this
23 matter must be commenced beginning from the date of the
24 stipulation, January 18, 2012, through and including January 27,
25 2012, pursuant to 18 U.S.C. §  3161(h)(7)(A) and (B)(iv)
26 [reasonable time for defense counsel to prepare] and Local Code
27 T4.  It is further ordered that the January 20, 2012 status
28 conference shall be continued until January 27, 2012, at 9:00a.m.
```

3

IT IS SO ORDERED.

Dated:    January 18, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

4