1  DANIEL BRODERICK, Bar # 89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   LORETTA LEIGH CANHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr.S. 08-363-GEB |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED ORDER] |
| v. | ) |
| | ) |
| | ) Date: March 30, 2012 |
| LORETTA LEIGH CANHAM, | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Garland E. Burrell |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, MICHAEL M. BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and DENNIS S. WAKS, Supervising Assistant Federal Defender, attorney for defendant, LORETTA LEIGH CANHAM, that the current Status Conference date of March 23, 2012, be vacated and reset for March 30, 2012, at 9:00 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, discuss the case with the government and pursue investigation.

It is further stipulated and agreed to between the parties that the time from the date of the signing of this order to and including

March 30, 2012 should be excluded within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, §3161(h)(7)(B)(iv)(Local Code T4).

Dated: March 22, 2012  Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Dennis S. Waks
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
LORETTA LEIGH CANHAM

BENJAMIN B. WAGNER
United States Attorney

Dated: March 22, 2012  /s/ Dennis S. Waks for
MICHAEL M. BECKWITH
Assistant U.S. Attorney

# **O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the court specifically finds that the ends of justice served by granting of such a continuance outweigh the best interest of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through March 30, 2012.

Dated: March 23, 2012

GARLAND E. BURRELL, JR.
United States District Judge