BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2729

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S 2:08-363 GEB |
| Plaintiff, | |
| v. | ORDER |
| LORETTA LEIGH CANHAM, | |
| Defendant. | |

**ORDER**

For the reasons set forth in the motion to dismiss filed by the United States, **IT IS HEREBY ORDERED** that:

The Indictment in case number CR S 2:08-363 GEB, as to defendant LORETTA LEIGH CANHAM is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a) without prejudice.

Dated:  March 26, 2012

GARLAND E. BURRELL, JR.
United States District Judge

1