JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
DAVID FORKNER

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08 CR 363 GEB |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | APPLICATION AND ORDER |
| v. ) | EXONERATING BOND |
| ) | |
| DAVID FORKNER, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

On April 13, 2012, the defendant in the above captioned matter was sentenced and his

case was closed. Defendant previously posted a $155,000.00 appearance bond secured by a deed

of trust. Accordingly, the surety for the defendant's bail bond is entitled to the release of the

home title, and it is respectfully requested that this Court direct the Clerk of the Court to

reconvey title forthwith, and that the bond be exonerated.

DATED: May 8, 2012                    /s/ John R. Manning
                                      Attorney for Defendant
                                      David Forkner


IT IS SO ORDERED.

DATED: May 8, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE